1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM VANAMANN, | ) |
| Plaintiff(s), | ) Case No. 2:15-cv-00906-KJD-NJK |
| vs. | ) ORDER |
| NATIONSTAR MORTGAGE, LLC, | ) |
| Defendant(s). | ) (Docket Nos. 5, 7) |

   Pending before the Court is an emergency motion to extend time and a stipulation to extend time, Docket Nos. 5, 7, which are both hereby DENIED. *See* Local Rule 6-1(b) (requests to extend time must "state the reasons for the extension requested"); Local Rule 6-2(a) (the signature block for court approval of a stipulation "shall not be on a separate page").

   IT IS SO ORDERED.

   DATED: June 12, 2015

   _____
   NANCY J. KOPPE
   United States Magistrate Judge