**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM VANAMANN, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:15-cv-00906-KJD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| NATIONSTAR MORTGAGE, LLC, ) | |
| ) | (Docket Nos. 10, 11) |
| Defendant(s). ) | |

Pending before the Court is a motion for reconsideration and a stipulation to extend time. Docket Nos. 10, 11. The Court hereby **GRANTS** the motion, **DENIES** the stipulation as moot, and **EXTENDS** the deadline to respond to the complaint to June 22, 2015.

IT IS SO ORDERED.

DATED: June 12, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge