# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIM VANAMANN,<br>　　　　　Plaintiff(s),<br>v.<br>NATIONSTAR MORTGAGE, LLC,<br>　　　　　Defendant(s). | Case No. 2:15-cv-00906-KJD-NJK<br>**ORDER**<br>(Docket No. 23) |

　　　Crafting a blanket protective order by which counsel may designate documents as confidential is generally a non-controversial endeavor that should not require court intervention. Currently pending before the Court is Defendant's motion seeking entry of such a blanket protective order. Docket No. 23. That motion indicates that opposing counsel refused to consent to entry of the protective order, but provides no explanation as to the basis for that refusal. *See id.* at 2.

　　　The Court **ORDERS** counsel to further confer in an effort to craft a protective order amenable to both parties. <u>This conference must be conducted in person, face-to-face</u>. In the unlikely event further discussions prove unfruitful, counsel may return to the Court for further guidance. In the event counsel have competing protective orders, they shall file a stipulation attaching both proposed protective orders that explains the differences in each and provides argument from counsel on those differences. Such stipulation must be filed no later than December 4, 2015. In the event Plaintiff is objecting outright to entry of any blanket protective order, Defendant may file a renewed motion no later than December 4,

2015. Any response shall be filed no later than December 8, 2015, and any reply shall be filed no later than December 9, 2015.

The pending motion for protective order (Docket No. 23) is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: November 23, 2015

_____
Nancy J. Koppe
United States Magistrate Judge