**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM VANAMANN, | Case No. 2:15-cv-00906-KJD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 25) |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant(s). | |

Pending before the Court is Defendant's renewed motion for a protective order.  Docket No. 25.  The Court orders that any response must be filed no later than December 8, 2015, and any reply must be filed no later than December 9, 2015.

IT IS SO ORDERED.

DATED: December 7, 2015

_____
Nancy J. Koppe
United States Magistrate Judge