GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@kjsattorneys.com
*Attorneys for Defendant,*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIM VANAMANN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No. 2:15-cv-00906-KJD-NJK<br><br>**JOINT MOTION TO CONTINUE DEADLINE TO FILE PRETRIAL ORDER** |

Plaintiff, Kim Vanamann, by counsel, and Defendant Nationstar Mortgage, LLC, by counsel, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-1, respectfully request that this Court continue the deadline for the parties to file a joint Pretrial Order for the reasons set forth below.

The current Stipulated Discovery Plan and Scheduling Order ("Scheduling Order") (Dkt. No. 17) directs the parties to file a Pretrial Order by May 5, 2016. The Scheduling Order also sets forth the bifurcated discovery plan approved by the Court. (*Id.*) Phase I discovery was limited to the merits of the named Plaintiff's individual claims under the Fair Credit Reporting Act and evidence necessary for the parties to litigate class certification. (*Id.* at p. 2.) Within fourteen (14) days of the Court's rulings on the parties' motions for summary judgment and Plaintiff's motion for class certification, the parties must file a proposed discovery plan regarding

Phase II of this action. In sum, the Scheduling Order bifurcated discovery because of the proposed class-nature of this action. Briefing on dispositive motions has not finished at this point, nor has a schedule for Phase II discovery been entered.

The interests of both parties and judicial efficiency will be furthered by continuing the deadline to file a Pretrial Order until Phase II – including after the Court rules on Nationstar's Motion for Summary Judgment (Dkt. No. 41) and Plaintiff's Motion to Certify Class (Dkt. No. 43). Critical factual and legal issues – including whether this case should proceed on a class basis – are the subject of the parties' pending motions. Determination of a trial date, as well as proper stipulations, exhibits, and witnesses, cannot be accomplished without Phase II discovery and rulings on those motions. Moreover, depending on the outcome of Plaintiff's Motion to Certify a Class, a notice period may be required and either party may pursue an appeal under Fed. R. Civ. P. 23(f). These issues affect the timeline of the action and will be most efficiently addressed by the parties and the Court in the Phase II discovery plan contemplated in the Scheduling Order. Indeed, a number of the items included in the Pretrial Order may be mooted by the Court's ruling on the pending motions.

Accordingly, the parties request that the deadline to file a Pretrial Order be continued until Phase II discovery, as necessary. The parties specifically request that they be permitted to propose a new deadline for filing a Pretrial Order as part of the Phase II discovery plan, which – per the Scheduling Order – they will file within fourteen (14) days after the Court rules on the parties' pending motions.

///

///

WHEREFORE, Plaintiff Kim Vanamann and Defendant Nationstar Mortgage, LLC, respectfully request that this Court grant their Joint Motion to Continue Deadline to File Pretrial Order; permit the parties to propose a new deadline for a Pretrial Order in the proposed Phase II discovery plan; and grant such other and further relief as the Court deems just and proper.

Dated: May 5, 2016

Respectfully submitted,

| CHRISTOPHER P. BURKE, ESQ. AND ASSOCIATES | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
|---|---|
| By: */s/Christopher Burke*<br>CHRISTOPHER BURKE, ESQ.<br>218 S. Maryland Pkwy.<br>Las Vegas, NV 89101<br>Tel: (702) 385-7987<br>Fax: (702) 385-7986<br>Email: atty@cburke.lvcoxmail.com<br>*Attorneys for Plaintiff, Kim Vanamann* | By: */s/Gary E. Schnitzer*<br>GARY E. SCHNITZER, ESQ.<br>Nevada Bar No. 395<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Tel: (702) 362-6666<br>Fax: (702) 362-2203<br>Email: gschnitzer@kjsattorneys.com<br>*Attorneys for Defendant,*<br>*Nationstar Mortgage LLC* |

**IT IS SO ORDERED**:

_____
United States Magistrate Judge

Dated: __May 6_____, 2016