# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM VANAMAN, individually and on behalf of other similarly situated, <br><br>    Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, <br><br>    Defendant. | Case No. 2:15-CV-00906-KJD-NJK <br><br> **ORDER** |

Presently before the Court is Defendant Nationstar Mortgage, LLC's Motion to Stay (#37). Defendant's motion sought to stay the pending action until the United States Supreme Court's decision in Spokeo, Inc. v. Robins, No. 13-13339, 135 S. Ct. 1982 (U.S. Apr. 27, 2015)(granting *certiorari*). Defendant now concedes that on May 16, 2016, the Supreme Court issued its decision. See Spokeo, 2016 U.S. LEXIS 3046 (U.S. May 16, 2016). Defendant has now filed a motion to dismiss (#56) based on the Spokeo holding. Therefore, the Court denies Defendant's motion to stay as moot.

**IT IS SO ORDERED.**

DATED this 20th day of June 2016.

_____
Kent J. Dawson
United States District Judge