CHRISTOPHER P. BURKE, ESQ.  ECF Filed on 4/14/17
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987

Scott C. Borison, Esq. (Admitted *pro hac vice*)
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
Telephone: (301) 620-1018
Facsimile: (301) 620-1018
E-Mail: Borison@legglaw.com
*Attorneys for Plaintiff*
*Kim Vanamann*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.:  2:15-cv-00906-KJD-NJK |
| KIM VANAMANN, individually and on behalf of others similarly situated, | |
| Plaintiff, | |
| vs. | |
| NATIONSTAR MORTGAGE LLC, | |
| Defendant. | |

## NOTICE OF APPEAL

COMES NOW Plaintiff Kim Vanamann ("Vanamann") by and through her counsel, Christopher P. Burke, Esq., and who hereby appeals under 28 U.S.C. §158(d)(1) the District Court Order Granting Defendant's Motion for Summary Judgment and Denying all other Outstanding Motion as Moot and Judgment in favor of Defendant Nationstar Mortgage, LLC against Plaintiff Kim Vanamann, both entered on March 22, 2017 in the above entitled

1

matter (See Ex. 'A' Dkt. #82 and #83). The Parties to the Appeal of this Order and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| Kim Vanamann<br>c/o Christopher P. Burke, Esq.<br>218 S. Maryland Pkwy.<br>Las Vegas, NV 89101<br>atty@cburke.lvcoxmail.com<br><br>*Attorneys for Plaintiff*<br>*Kim Vanamann* | Scott C. Borison, Esq. (Admitted *pro hac vice*)<br>1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403<br>Borison@legglaw.com |
| Kravitz, Schnitzer, & Johnson, Chtd.<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89101<br>gschnitzer@ksjattorneys.com<br><br>Alan D. Wingfield, Esq.<br>Troutman Sanders LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>alan.wingfield@troutmansanders.com<br><br>*Attorneys for Defendant*<br>*Nationstar Mortgage LLC.,* | John C. Lynch, Esq.<br>Troutman Sanders LLP<br>222 Central Park Ave., Ste. 2000<br>Virginia Beach, VA 23462<br>john.lynch@troutmansanders.com |

Dated this 14th day of April, 2017

                                  /S/ CHRISTOPHER P. BURKE, ESQ.
                                  CHRISTOPHER P. BURKE, ESQ.
                                  Nevada Bar. No.: 004093
                                  218 S. Maryland Pkwy.
                                  Las Vegas, NV 89101
                                  (702) 385-7987
                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the 14th day of April, 2017, I caused the above and foregoing **NOTICE OF APPEAL** to be sent by electronic notice through the Court's ECF program and or depositing same in the United States Mail, first class, postage prepaid, in a securely sealed envelope and addressed to the last known address of the following:

Kravitz, Schnitzer, & Johnson, Chtd.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89101
gschnitzer@ksjattorneys.com
**(sent electronic notice)**

Alan D. Wingfield, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
alan.wingfield@troutmansanders.com
**(sent electronic notice)**

John C. Lynch, Esq.
Troutman Sanders LLP
222 Central Park Ave., Ste. 2000
Virginia Beach, VA 23462
john.lynch@troutmansanders.com
**(sent electronic notice)**


/S/ Adriana Pelayo
Employee of
Christopher P. Burke, Esq.